# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEBORA LOUISE GAETANO,

       Plaintiff,

v.                                                     Case No:  6:15-cv-1960-Orl-40DAB

SPRINGBOARD NON PROFIT
CONSUMER CREDIT MANAGEMENT
INC.,

       Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 5) filed on January 11, 2016. The United States Magistrate Judge has submitted a report recommending that the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 15, 2016 (Doc. 7), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion for Leave to Proceed *in forma pauperis* (Doc. 5) is **DENIED**.

3.    The Complaint is **DISMISSED WITHOUT PREJUDICE**.

4.    Plaintiff is given leave to refile her application to proceed *in forma pauperis* accompanied by a second amended complaint which sets forth more particularized allegations of the parties' citizenship and a cognizable claim within the limited jurisdiction

of this Court. The second amended complaint must be filed on or before February 24, 2016 or this case will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** in Orlando, Florida on February 3, 2016.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2